UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALLEN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01527-TWP-MJD |
| | ) | |
| INDIANA DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

**Order Granting Motion to Withdraw**

This matter is before the Court on Plaintiff Allen Williams "Notice of Withdrawal of Preliminary Injunction without Prejudice" which is in essence a motion. (Dkt. 27). Mr. Williams sought injunctive relief from his conditions at Westville Correctional Facility. (*See* Dkt. 8). He writes that he has been moved to the New Castle Correctional Facility, and his preliminary injunction request is now moot. The Motion to Withdraw Motion for Preliminary Injunction, Dkt. [27], is **GRANTED**. Accordingly, the Motion for Preliminary Injunction, Dkt. [8], is **WITHDRAWN**.

**IT IS SO ORDERED.**

Date: September 23, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel